IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID LEE JONES**                                                                              **PETITIONER**

VS.                    **CASE NO.: 5:15CV00038 BRW/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                    **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. In addition, the Court has considered Mr. Jones's objections to the Recommendation and has reviewed *de novo* those portions of the record relating to Mr. Jones's objections. After careful consideration, this Court adopts the Recommendation as its own. Petitioner David Lee Jones's petition for writ of habeas corpus (Doc. No. 2) is denied and dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 29th day of April, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE